UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| James Zierolf, | Case No.: 3:12-CV-03461-EMC |
|---|---|
| Plaintiff, | [The Honorable Edward M. Chen] |
| v. | **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |
| Wachovia Mortgage, Wells Fargo Bank and Does 1 through 25, | |
| Defendants. | |

After consideration of the Stipulation of Plaintiff James Zierolf ("Plaintiff") and Defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a WACHOVIA MORTGAGE, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") by and through their respective counsel of record, and good cause appearing therefor, the Court ORDERS as follows:

1. The Parties' stipulation is GRANTED.

2. Wells Fargo has until October 26, 2012 to file its Response to the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: October 23, 2012

HONORABLE
UNITED STATES

*IT IS SO ORDERED*
*Judge Edward M. Chen*

93000/FR0416/00511492-2

1

ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT — 3:12-CV-03461-EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System:*

*Counsel for Plaintiff:*

Peter L. Kutrubes
pkutrubes@kutrubeslaw.com
Stephen P. Lin
slin@kutrubeslaw.com
Law Offices of Peter L. Kutrubes
1415 Oakland Boulevard, Suite 102
Walnut Creek, California 94596
Tel: (925) 939-9600 / Fax: (925) 256-7660

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on October 19, 2012.

| Christine Daniel | */s/ Christine Daniel* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

93000/FR0416/00511492-2

CASE NO.: 3:12-CV-03461-EMC
CERTIFICATE OF SERVICE